UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE

FILED
AUG 20 2008
JEFFREY A. APPERSON, CLERK
BY _____ DEPUTY CLERK

| | | |
|---|---|---|
| PUBLISHERS PRESS, INC., | ) | |
| Plaintiff, | ) ) ) | Civil Action No. 07-48-ART |
| v. | ) ) ) | |
| TECHNOLOGY FUNDING, INC., | ) ) | **VERDICT FORM** |
| Defendant. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

### INTERROGATORY NO. 1

Do you find by a preponderance of the evidence that either Publishers Press, Inc. or Technology Funding, Inc. offered to enter into a contract with the other party to provide printing services that the other party accepted that offer?

Yes ✓

No ____

_____
FOREPERSON

08-20-2008
DATE

If you answered "Yes" to INTERROGATORY NO. 1, then proceed to INTERROGATORY NO. 2.

If you answered "No" to INTERROGATORY NO. 1, you need not answer any further questions. You have found for the Defendant, and you should notify the Marshal you have reached a verdict.

## INTERROGATORY NO. 2

Do you find by a preponderance of the evidence that Technology Funding, Inc. breached the contract between Publishers Press, Inc. and Technology Funding, Inc.?

Yes ✓

No _____

_____
FOREPERSON

08-20-2008
DATE

If you answered "Yes" to INTERROGATORY NO. 2, then proceed to INTERROGATORY NO. 3.

If you answered "No" to INTERROGATORY NO. 2, you need not answer any further questions. You have found for the Defendant, and you should notify the Marshal you have reached a verdict.

## INTERROGATORY NO. 3

Do you find by a preponderance of the evidence that Publishers Press, Inc. suffered damages as a result of the breach?

Yes  ✓

No  ____

If you answered "Yes" to INTERROGATORY NO. 3, then answer the following question:

What sum in damages do you believe Publishers Press, Inc. suffered as a result of Technology Funding, Inc.'s breach of contract?

$ _89,944.53_  (not to exceed $89.944.53)

If you answered "No" to INTERROGATORY NO. 3, you need not answer any further questions. You have found for the Defendant, and you should notify the Marshal you have reached a verdict.

_____
FOREPERSON

_08-20-2008_
DATE

23