UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
CIVIL MINUTES-TRIAL

Louisville

CASE NO. 3:07cv-48-ART    AT: Louisville                      DATE: August 20, 2008

STYLE: Publishers Press, Inc. v. Technology Funding, Inc.

DOCKET ENTRY:

PRESENT:
　　HON. Amul R. Thapar , JUDGE

　　　　Kathryn D. Niemann                        Lisa Wiesman
　　　　   Deputy Clerk                           Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

Mark A. Smedal                            James R. Craig

__X__ Case called August 19, 2008 and continued to August 20, 2008, at 8:30 a.m. for trial.

_____ COURT TRIAL    __X__ JURY TRIAL    The jury impaneled and sworn in as follows.

(1) 51              (4) 53              (7) 83
(2) 76              (5) 50              (8) 81
(3) 84              (6) 45              (9) ___

__X__ Introduction of evidence for _x_ plff _____ deft _X_ begun, _____ resumed, _____ concluded.

_____ Rebuttal evidence; _____ Surrebuttal evidence; _____ Cont. to _____ for further trial.

__X__ Jury retires to deliberate  10:55 a.m.  ; Jury returns at  12:15 a.m.
_____ JUDGMENT BY COURT    __X__  JURY VERDICT.  (SEE VERDICT)

__X__ Jury polled.

_____ Proposed Findings of Fact, Conclusions of Law & Judgment be prepared by ___plff___deft

_____ Submitted. _X_ BRIEFS (simultaneous) to be filed by counsel on or before 10/20/08.

Copies to Counsel

TIC:   8:23

　　　　　　　　　　　　　　　　　　　　　　　　Initials of Deputy Clerk kdn